UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FERROSTAAL METALS GROUP, INC. formerly
known as MAN FERROSTAAL, INC.

                Plaintiff,              08 CV 0456 (AKH)(MHD)
                                                    ECF CASE

  -against-


M/V TAI HE HAI, her engines, boilers, tackle, etc.,    **RULE 7.1 STATEMENT**
COSCO BULK CARRIER CO. LTD.
(COSCO BULK), CHINA OCEAN SHIPPING
(GROUP) CO., (COSCO)

                Defendants.

------------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH

IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: January 16, 2008

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiff


                                            BY:__/S/_____
                                              HAROLD M. KINGSLEY
                                              91 W. Cherry Street
                                              Hicksville, New York 11801
                                              (516) 931-0064