UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERROSTAAL METALS GROUP, INC. Formerly known as MAN FERROSTAAL INC.

                  Plaintiff,

-V-

M/V TAI HE HAI, et al

                  Defendants,

**CERTIFICATE OF MAILING**

08 CV 456 (AKH)

*FILED JAN 25 2008 S.D. OF N.Y.*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**25TH day of January, 2008**

I served the

SUMMONS & VERIFIED COMPALINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**17TH day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

<u>RB 632 943 002 US</u>

*J. Michael McMahon*
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 21, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  FERROSTAAL METALS GROUP, INC. f/k/a MAN
            FERROSTAAL, INC. v. M/V TAI HE HAI, et al.
            08 CIV 00456 (AKH)
            Our Ref: FS 7894

Sir:

[Registered Mail receipt overlay:
Registered No. RB632943002US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp 0004 12 01/25/08
Customer Must Declare Full Value $0.00
FROM: Kingsley, Kingsley & Calkins, 91 West Cherry Street, Hicksville, NY 11801, FS 7894
TO: China Ocean Shipping Group Co. (Cosco), Ocean Plaza, 158 Fuxingmennel DajieXicheng Qui, Beijing 100031 CHINA
PS Form 3806, May 2004, Receipt for Registered Mail]

...nd Complaint on the following defendant
...s of Civil Procedure Rule 4: (f)(2)(c) (ii):

...ing Group Co. (Cosco)

100031

Very truly yours,

[signature]