UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERROSTAAL METALS GROUP, INC. Formerly known as
MAN FERROSTAAL INC.

                            Plaintiff,

              -V-

M/V TAI HE HAI, et al

                            Defendants,

**CERTIFICATE OF MAILING**

08 CV 456 (AKH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 25TH day of January, 2008

I served the

SUMMONS & VERIFIED COMPALINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 17TH day of January, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 942 996 US**

_J. Michael McMahon_
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 21, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  FERROSTAAL METALS GROUP INC., f/k/a MAN
            FERROSTAAL, INC. v. M/V TAI HE HAI et al.
            08 CIV 00456 (AKH)
            Our Ref: FS 7894

and Complaint on the following defendant es of Civil Procedure Rule 4: (f)(2)(c) (ii):

r Co. (Cosco Bulk)
n Shipping Building
bei Qui

Very truly yours,

[signature]

---

**Registered Mail Receipt:**

Registered No. RB632942996US
Reg. Fee: $10.15
Handling Charge: $0.00
Return Receipt: $2.15
Postage: $1.80
Restricted Delivery: $0.00
Date Stamp: 0004  12  01/25/08
Customer Must Declare Full Value: $0.00
Without Postal Insurance
OFFICIAL USE

FROM:
10013
Kingsley KIngsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
Our File No. FS 7894

TO:
Cosco Bulk Carrier Co. (Cosco Bulk)
Room 901A, Ocean Shipping Building
1, Ocean Plaza Hebei Qui, Tianjin
30010 CHINA

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com