

**Kingsley, Kingsley**
ATTORNEYS
Proctors in C
91 W. CHERR
HICKSVILLE, NEW

(516) 931
TELEFAX (516)

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 60 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein, U.S.D.J.
Date: 4-30-08

April 29, 2008

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, RM 1050
New York, NY 10007

**Via Fax: (212) 805-7942**

RE:   FERROSTAAL METALS GROUP, INC. v.
M/V TAI HE HAI, *et al.*
08 CV 0456 (AKH)
Our Ref: FS 7894

Hon. Sir:

We represent the plaintiff herein. We write to respectfully request an adjournment of the pretrial conference scheduled for Friday, May 2, 2008, at 9:30 A.M. This is the first request for an adjournment. Defendants' attorney joins in this request.

We have agreed with counsel for defendants on the basis for a settlement which remains to be consummated. As the defendants are overseas entities in China, delays may be expected.

Thus, we respectfully request a 60 day adjournment of the pretrial conference at a time convenient for the Court.

Thank you.

Respectfully,

/s/

KTM/

cc:   BLANK ROME, ESQS.   **Via Fax: (212) 885-5001**
      Attn: Brian S. Tretter, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/08